BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>                      Plaintiff,        )<br>                                                    )<br> v.                                              )<br>                                                    )<br> RODNEY YOUNG,                     )<br>                                                    )<br>                      Defendant.   )<br> _____) | No. CR 06-00821 JW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE SENTENCING<br>DATE** |

Assistant United States Attorney Hanley Chew and defendant, Rodney Young, through his counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree that the sentencing date in the above-captioned matter, presently scheduled for Monday, April 30, should be continued to Monday, July 23, 2007, at 1:30 p.m.

The parties stipulate and agree that the sentencing date should be continued to allow the Probation Office to complete its Pre-Sentence Report.  U.S. Probation Officer Ben Flores has no objections to the continuance of this case.

Dated: April 24, 2007             _____/S/_____
                                                JAY RORTY
                                                Assistant Federal Public Defender


Dated: April 24, 2007             _____/S/_____
                                                HANLEY CHEW
                                                Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00821 JW |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |
| v. | ) ) | |
| RODNEY YOUNG, | ) ) | |
| Defendant. | ) ) | |

The parties have jointly requested to continue the sentencing date set for April 30, 2007 to July 23, 2007 at 1:30 p.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date presently set is continued to July 23, 2007, at 1:30 p.m.

Dated: April __25__, 2007             _____
                                       JAMES WARE
                                       United States District Judge

2

Distribute to:

Jay Rorty
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Hanley Chew
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States

Ben Flores
U.S. Probation Office
280 S. First Street, Room 106
San Jose, CA 95113