1 SCOTT N. SCHOOLS (SCBN 9990)
  United States Attorney
2
  W. DOUGLAS SPRAGUE (CASBN 202121)
3 Chief, Criminal Division

4 HANLEY CHEW (CSBN 189985)
  Assistant United States Attorney
5 San Jose Division

6   150 Almaden Boulevard, Suite 900
    San Jose, California 95113
7   Telephone:  (408) 535-5060
    Facsimile:  (408) 535-5066
8   E-mail:     Hanley.Chew@usdoj.gov

9 Attorneys for Plaintiff

IT IS SO ORDERED
*James Ware*
Judge James Ware

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN JOSE DIVISION
13

14
   UNITED STATES OF AMERICA,        )   No. CR 06-0821 JW
15                                    )
            Plaintiff,                )
16                                    )   STIPULATION AND [PROPOSED]
       v.                            )   ORDER REGARDING DEFENDANT'S
17                                    )   TOWER COMPUTER
   RODNEY YOUNG,                      )
18                                    )
            Defendant.                )
19 _____)

20        The parties hereby request that the Court enter this order concerning the Tower computer

21 seized from defendant's residence on or about November 1, 2006.  The parties, including the

22 defendant, stipulate as follows:

23 1.        On or about November 1, 2006, the Federal Bureau of Investigation (the "FBI") seized a

24 Tower computer from defendant's residence at 933 Miramonte Avenue, Mountain View,

25 California 94040 pursuant to a search warrant (the "Tower computer").  The Tower computer

26 contained pirated software.  The FBI turned over custody of the Tower computer to the Silicon

27 Valley Regional Computer Forensics Laboratory (the "SVRCFL").  The FBI also seized a laptop

28

1    computer from the defendant's residence on November 1, 2006.

2    2.      On or about December 21, 2006, a one-count information charging the defendant with

3    one count of criminal copyright infringement, in violation of 18 U.S.C. § 506(a)(1)(), 18 U.S.C.,

4    § 2319.  On or about July 23, 2007, defendant was sentenced to six months of home

5    confinement.  At the sentencing hearing, the government requested, and the defendant did not

6    oppose, that the Court order that the memory of the Tower computer be erased.   Once the Tower

7    computer's memory was erased, the government stated that the Tower computer would be

8    returned to defendant.  The Court verbally ordered that the memory of the Tower computer be

9    erased.  The government has no objection to the return of the laptop computer seized from

10   defendant's residence.

11   3.      However, the SVRCFL has informed the government, that the SVRCFL, in accordance

12   with its procedures and policies, cannot, and will not, erase the memory of the Tower computer

13   without a written court order.

14          Given these circumstances, the parties request that the Court order in writing that the

15   SVRCFL erase the memory of the Tower computer.

16

17   IT IS SO STIPULATED.

18

19   DATED: 8/3/07                          /s/ Jay Rorty
                                            JAY RORTY
20                                          Assistant Federal Public Defender

21   DATED: 8/3/07                          /s/ Hanley Chew
                                            HANLEY CHEW
22                                          Assistant United States Attorney

23                              [PROPOSED] ORDER

24          Having considered the stipulation of the parties, the Court finds that: (1) the

25   Silicon Valley Regional Computer Forensic Laboratory shall erase the memory of the Tower

26   computer seized by agents of the Federal Bureau of Investigation from defendant's residence at

27   933 Miramonte Avenue, Mountain View, California 94040 on November 1, 2006; (2) once the

28

1   memory of the Tower computer has been wiped, the Federal Bureau of Investigation will return

2   the Tower computer to defendant Rodney Young; and (3) the Federal Bureau of Investigation

3   will also return the laptop computer seized from defendant's residence on November 1, 2006 to

4   defendant Rodney Young.

5

6   IT IS SO ORDERED.

7

8   DATED:‾August 13, 2007‾‾‾‾‾‾   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

9                                  THE HONORABLE JAMES WARE
                                   United States District Judge